☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2712
Fax: (212) 637-2750

DEC 18 2007

HENRY PITMAN
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
RICKY SAVOIE,              :
                          :
          Plaintiff,      :
                          :
      - v. -              :
                          :
                          :          STIPULATION AND ORDER
                          :          07 Civ. 8346 (GEL)(HBP)
MICHAEL J. ASTRUE,        :
Commissioner of           :
Social Security,          :
                          :
          Defendant.      :
                          :
- - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-19-07

          IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from December 31, 2007

to and including February 29, 2008.  This extension is requested

because defendant's counsel has not been able to complete his review of the administrative record.  No previous extension has been requested in this case.

Dated: New York, New York
       December 4 , 2007

                          MCADAM & FALLON, P.C.
                          Attorneys for Plaintiff

                    By:_____
                          TIMOTHY S. MCADAM, ESQ.
                          90 Scofield Street
                          Walden, New York 12586
                          Telephone No. (845) 778-7588

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant

                    By:_____
                          JOHN E. GURA, JR.
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York   10007
                          Telephone No.: (212) 637-2712


SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
   12 - 18 - 07