

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*16 Chambers Street*
*New York, New York 10007*

February 29, 2008

By Hand

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

    Re:  <u>Ricky Savoie v. Astrue</u>
         07 Civ. 8346(GEL)

Dear Judge Lynch:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. We write respectfully to request an extension of defendants's time to answer or move with respect to the complaint.

    The defendant's answer is due today, February 29, 2008. However, this Office has only recently received the administrative record in this case. In order to allow time to review the record and, if necessary, to discuss this matter with Social Security Administration personnel, we respectfully request that <u>defendant's time to answer be extended to April 18, 2008</u>. ] ok
Plaintiff's counsel has consented to this request. One previous extension was granted in this case.

*SO ORDERED

/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.

3/5/08

		We thank the Court for its consideration of this
request.

					Respectfully,

					MICHAEL J. GARCIA
					United States Attorney

				By: _____
					JOHN E. GURA, JR.
					Assistant United States Attorney
					Telephone: (212) 637-2712
					Fax: (212) 637-2750

cc:	Timothy McAdam, Esq.
	(By Mail)

2